# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5261**  **September Term, 2007**

07cv00539

Filed On:

Kareemah Yasmina Bell,
    Appellant

v.

James A. Hughes, Volunteer Coordinator,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  OCT 1 0 2007

CLERK

**ORDER**

By order filed August 10, 2007, directing appellant to file her answer to the order to show cause, by September 10, 2007. The order was sent to appellant by certified mail, return receipt requested and by first class mail. Appellant received and signed for the order on August 23, 2007. To date, appellant has not complied with the court's August 10, 2007 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 11/30/07
BY: _____ Deputy Clerk
ATTACHED: ___ Amending Order
          ___ Opinion
          ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____
Elizabeth V. Scott
Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk